Ex parte: John TRICE.

No. C–6971.

Supreme Court of Texas.

Feb. 3, 1988.

Joint motion of the parties, filed in this cause on January 26, 1988 having been duly considered, it is hereby granted.

The petition for writ of habeas corpus, granted on November 16, 1987 is dismissed as moot.